# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY - 1 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI, et al. | ) ) ) ) ) |
| *Petitioners,* | ) ) |
| *v.* | ) Civil Action No. 05-1645 (PLF) |
| BARACK H. OBAMA, *et al.,* | ) ) ) |
| *Respondents.* | ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Petitioner's Motion for an Extension of Time, it is hereby

ORDERED that the Motion is granted.

Petitioner's traverse shall be filed on or before May 15, 2009.

SO ORDERED.

United States District Judge

Date:

May 1, 2009